# EXHIBIT K



**Ali Madha <ali.madha@iinn.com>**

## 2/13 Meeting
1 message

**Danielle Champlin** <danielle.champlin@iinn.com>                                              Fri, Feb 14, 2020 at 3:42 PM
To: Anwar Baker <anwarbaker@yahoo.com>, Ali Madha <ali.madha@iinn.com>, Nicholas Nicoloff <nicholas.nicoloff@iinn.com>

Good Afternoon,

I just wanted to recap our meeting from yesterday before we start back with sending samples to Advanced Central on Monday (02/17/2020).

As discussed, Michigan Surgical Hospital will need results uploaded onto the Advanced Central portal within 48 hours of the samples being delivered to the lab  in order for MSH staff to deliver the results to the Quality Behavioral Health clinic locations.  If the results are not available after 48 hours this will put a hold on billing and will upset our clients.

If there are any issues with reporting, MSH will reach out to Zainab to get results in the quickest manner possible.

If there are any issues with insurances or the samples themselves MSH staff will reach out directly to Emily and Bill from Quality Behavioral Health.  If either of these managers reaches out to Advanced Central staff regarding MSH samples, please direct them to myself or Nick so we can get their issues resolved in a timely manner.

Any samples that are from patients with inactive or no insurance will be sent back to Quality Behavioral Health to be processed as Advanced Central samples and they will be taken off of the invoice for MSH.

Invoices need to be sent to Nick and myself for confirmation and we will forward them to the appropriate personnel at MSH for the invoice to be paid.

Please feel free to add anything I may have missed.

We look forward to working with Advanced Central!

Thank you

--



**Danielle Champlin**
Insight Wellness Center Manager
Insight Toxicology Manager
4800 S. Saginaw St., Suite 1800, Flint, MI 48507
t: (810)223-0199        | f: (810) 213-0239
e: danielle.champlin@iinn.com | w: www.iinn.com

Southeast Michigan Surgical Hospital 000035

ISH 0035